UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOYCE FERREIRA,
    Plaintiff,

v.                                      Civil Action No.: 1:16-cv-10549-IT

BANK OF AMERICA, N.A.,
Defendant.

PLAINTIFF'S ASSENTED TO MOTION TO RESCHEDULE RULE 16 SCHEDULING CONFERNCE.

Now comes Plaintiff and hereby moves to reschedule the above conference. As grounds therefore, Plaintiff states:

1. Due to a clerical error, Plaintiff's counsel received no notice of anything in this matter, other than the initial removal of the case until May 3, 2016 when Plaintiff's counsel went on Pacer and looked to find the case, noting that this hearing had been scheduled. Apparently in the initial entry, Plaintiff's first, last name, and email address were incorrectly added.

2. Plaintiff's counsel, due to the short notice, cannot possibly comply with the order of the Court issued on March 30, 2016.

3. Plaintiff's counsel has contacted Defendant's counsel and been notified that Defendant's counsel will be out of state performing depositions until May 11, 2016, making compliance with portions of the scheduling order issued on March 30, 2016 impossible.

4. Plaintiff's counsel believes that an additional period of two to three weeks – with a conference moved to the weeks of May 23, 2016 or May 29, 2016 would allow for full compliance and may allow the parties to move toward resolution of all or part of any potential discovery, expert, or other matters which might have to be resolved at said conference and that the continuance will be fruitful for all involved.

                                                            Plaintiff,
                                                            By her attorney

                                                            /s/ Sonja L. Deyoe
                                                           Sonja L. Deyoe, 665991
                                                           Law Offices of Sonja L. Deyoe
                                                           395 Smith Street
                                                           Providence, RI 02908
                                                           (401) 864-5877
                                                           sld@the-straight-shooter.com

## CERTIFICATION

I hereby certify that on this 5th day of May 2016 that a true copy of the above was sent to all MA ECF participants and that all parties are represented by counsel that are participating.

                                                           /s/ Sonja L. Deyoe
                                                           Sonja L. Deyoe